# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ALEJANDRO RIVERA,

       Plaintiff,

   v.

PETER HUIBREGTSE, GARY BOUGHTON and AMY SMITH,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-515-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____10/29/08_____
Date